UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO: 07 CV 9698

GEORGIA SMALLS,

                      Plaintiff(s),

    -against-

SHARINN & LIPSHIE P.C., ET AL.,

                      Defendant(s),

AFFIDAVIT OF SERVICE

Nassau County, New York State: **JOHN CLEERE**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **NOVEMBER 9, 2007** at **10:30 AM** at **333 EARLE OVINGTON BLVD. UNIONDALE, NY 11553**
Deponent served the within **SUMMONS AND COMPLAINT IN A CIVIL ACTION**
On which were set forth the Civil Action No. herein,
On **SHARINN & LIPSHIE, P.C.**

| | |
|---|---|
| Corporation {XXX} | by delivering a true copy of each to **AMANDA MORENO** personally, deponent knew said corporation so served to be the corporation, described in same and knew said recipient to be **ATTORNEY/AUTHORIZED** thereof to accept. |
| Description {XXX} | Sex: **FEMALE**  Color/Skin: **WHITE**  Hair: **BROWN**  Age (approx): **45-50 yrs** Height (approx): **5'4"-5'6"**  Weight (approx): **160-170 LBS**  Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on November 13, 2007

_____
MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, 2009

_____
JOHN CLEERE