UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GEORGIA SMALLS

              Plaintiff,

    Against

SHARINN & LIPSHIE, P.C. and
WORLDWIDE ASSET PURCHASING LLC

             Defendant(s)
------------------------------------------------------------------------x

Index No.:1:07-cv-09698(RWS)
Hon. Robert W. Sweet  USDCJ
NOTICE OF APPEARANCE

STATE OF NEW YORK)
              )ss:
COUNTY OF NASSAU )

1. , Brian F. Hogencamp, Esq, an attorney admitted to practice in the United States District Court, Eastern District, and an associate with the law firm of Sharinn & Lipshie P.C., Defendant herein, hereby appear in the above action as counsel for both Sharinn & Lipshie P.C. and Worldwide Asset Purchasing LLC.,

December 3, 2007

                                     S/
                      Brian F. Hogencamp, Esq (BH9277)
                        Attorney for Defendants
                        Sharinn & Lipshie P.C.
                 200 Garden City Plaza, Suite 506
                      Garden City, NY 11530
                      (516) 873-6600 ext 107

To:   David Michael Kassell
        Sadis & Goldberg
        Attorneys for Plaintiff
        551 Fifth Avenue
        21st Floor
        New York, NY 10176