UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GEORGIA SMALLS

                Plaintiff,

    Against

SHARINN & LIPSHIE, P.C. and
WORLDWIDE ASSET PURCHASING LLC

              Defendant(s)
------------------------------------------------------------------------x

Index No.:1:07-cv-09698(RWS)
Hon. Robert W. Sweet  USDCJ
NOTICE OF APPEARANCE

STATE OF NEW YORK)
                )ss:
COUNTY OF NASSAU )

    1. , Brian F. Hogencamp, Esq, an attorney admitted to practice in the United States District Court, Eastern District, and an associate with the law firm of Sharinn & Lipshie P.C., Defendant herein, hereby appear in the above action as counsel for both Sharinn & Lipshie P.C. and Worldwide Asset Purchasing LLC.,

December 3, 2007

                                              S/
                              Brian F. Hogencamp, Esq (BH9277)
                                Attorney for Defendants
                                Sharinn & Lipshie P.C.
                         200 Garden City Plaza, Suite 506
                            Garden City, NY 11530
                             (516) 873-6600 ext 107

To:   David Michael Kassell
       Sadis & Goldberg
       Attorneys for Plaintiff
       551 Fifth Avenue
       21st Floor
       New York, NY 10176

Case 1:07-cv-09698-RWS    Document 4    Filed 12/03/2007    Page 2 of 2