# SHARINN & LIPSHIE P.C.

Attorneys At Law
333 Earle Ovington Boulevard, Suite 302
Uniondale, NY 11553
(516) 873-6600 * (516) 512-5450 Fax

December 5, 2007

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Chambers of the Hon. Robert W. Sweet
Via ECF

Re: Smalls v. Sharinn & Lipshie, P.C., and Worldwide Asset Purchasing, LLC
Case No: 07-CIV-0698
Hon. Robert W. Sweet USDCJ.


Dear Judge Sweet:

Please be advised that the Plaintiff has consented to discontinue the above referenced action as against all defendants. We have enclosed a Stipulation of Discontinuance signed by both parties. We respectfully request that this matter be marked as Discontinued, without costs to any party.

Very truly yours,


_____S/_____
SHARINN & LIPSHIE, P.C.
By: Brian F. Hogencamp, Esq. (BH9277)


cc: David Kassell, Esq
    Attorney for Plaintiff