UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GEORGIA SMALLS

              Plaintiff,

    Against

SHARINN & LIPSHIE, P.C. and
WORLDWIDE ASSET PURCHASING LLC

             Defendant(s)
------------------------------------------------------------------------x

Index No.:1:07-cv-09698(RWS)
Hon. Robert W. Sweet  USDCJ
STIPULATION OF DISCONTINUANCE
ON CONSENT

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all Defendants, without costs to any party as against the other.

December 3, 2007

                                                      S/
                               Brian F. Hogencamp, Esq (BH9277)
                                 Attorney for Defendants
                               Sharinn & Lipshie, P.C., and
                               Worldwide Asset Purchasing, LLC
                               Sharinn & Lipshie P.C.
                           200 Garden City Plaza, Suite 506
                               Garden City, NY 11530
                               (516) 873-6600 ext 107


                                                   S/
                               David Michael Kassell, Esq. (DK7753)
                               Sadis & Goldberg
                               Attorneys for Plaintiff
                               551 Fifth Avenue
                               21st Floor
                               New York, NY 10176

<u>Via ECF</u>

Case 1:07-cv-09698-RWS     Document 5-2     Filed 12/06/2007     Page 2 of 2