UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GEORGIA SMALLS

              Plaintiff,

Against

SHARINN & LIPSHIE, P.C. and
WORLDWIDE ASSET PURCHASING LLC

            Defendant(s)

-----------------------------------------------------------x

Index No.: 1:07-cv-09698(RWS)
Hon. Robert W. Sweet USDCJ
STIPULATION OF DISCONTINUANCE
ON CONSENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This claim is also dismissed without prejudice. This stipulation may be filed without further notice with the Clerk of the Court.

December 3, 2007

So ordered
Sweet
USDJ
12-13-07

Brian F. Hogencamp, Esq (BH9277)
Attorney for Defendants
Sharinn & Lipshie, P.C., and
Worldwide Asset Purchasing, LLC
Sharinn & Lipshie P.C.
200 Garden City Plaza, Suite 506
Garden City, NY 11530
(516) 873-6600 ext 107

David Michael Kasnell, Esq (DK-7753)
Sadis & Goldberg
Attorneys for Plaintiff
551 Fifth Avenue
21st Floor
New York, NY 10176